```
                                              FILED
                                              July 11, 2006
UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)  Case No. 2:06-mj-153 KJM
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
Ricky Querbin Anicas, )
)
_____)
Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Ricky Querbin Anicas Case No. 2:06-mj-153 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

        \_\_  Unsecured Appearance Bond

        \_\_  Appearance Bond with 10% Deposit

        _X_  Appearance Bond secured by Real Property (total value in sister's house – $105,000)

        \_\_  Corporate Surety Bail Bond

        _X_  (Other) Defendant to be released to PTS Officer on Wednesday 7/12/06 at 8:30 a.m. for transportation to The Effort, drug treatment facility for in-patient treatment

Issued at Sacramento, CA on 7/11/06 at 8:55 a.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge