DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY QUERBIN ANICAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>          Plaintiff, )<br>              )<br>     v.       )<br>              )<br>              )<br>RICKY QUERBIN ANICAS )<br>              )<br>              )<br>          Defendant. )<br>_____) | No. CR S-06-234 WBS<br><br>**STIPULATION AND ORDER**<br><br><br>Date: August 30, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Robert Twiss, and defendant Ricky Querbin Anicas, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for July 19, 2006 at 9:00 AM be vacated and a new date of August 30, 2006 at 9:00 AM be set for status.

Mr. Anicas was arraigned on the indictment in this matter on June 16, 2006.  The defense has received an initial batch of discovery from the government and is awaiting additional information regarding the evidence recovered during the search of 2553 Michaelangelo Drive in

Stockton. The defense is performing both legal research and investigation in the meantime.

It is stipulated that the period from July 19, 2006 until August 30, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED: July 14, 2006          /s/ Robert Twiss
                              ROBERT TWISS
                              Assistant U. S. Attorney


DATED: July 14, 2006          /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              RICKY QUERBIN ANICAS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: July 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2