DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY QUERBIN ANICAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR S-06-234 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| RICKY QUERBIN ANICAS | ) | Date: October 4, 2006 |
| | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Robert Twiss, and defendant Ricky Querbin Anicas, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for August 30, 2006 at 9:00 AM be vacated and a new date of October 4, 2006 at 9:00 AM be set for status.

The defense has received a batch of written discovery and has asked to view the evidence seized in this case.  Some of the physical evidence is in Sacramento, but the controlled substances and/or precursor chemicals are being stored at a laboratory in San Francisco.

1

After viewing that evidence, the defense will need time to perform additional investigation and research with respect to the expected yield of methamphetamine from the materials recovered.

It is stipulated that the period from August 30, 2006 until October 4, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                   Respectfully submitted,
                                   MCGREGOR SCOTT
                                   United States Attorney


DATED: August 28, 2006             /s/ Robert Twiss
                                   ROBERT TWISS
                                   Assistant U. S. Attorney


DATED: August 28, 2006             /s/ Ned Smock
                                   NED SMOCK
                                   Attorney for Defendant
                                   RICKY QUERBIN ANICAS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: August 29, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE