DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY QUERBIN ANICAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>          Plaintiff,                   )<br>                                        )<br>     v.                                )<br>                                        )<br>                                        )<br> RICKY QUERBIN ANICAS                   )<br>                                        )<br>                                        )<br>          Defendant.                   )<br> _____) | No. CR S-06-234 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>Date: November 1, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Robert Twiss, and defendant Ricky Querbin Anicas, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for October 4, 2006 at 9:00 AM be vacated and a new date of November 1, 2006 at 9:00 AM be set for status.

The defense recently viewed the evidence in this case at the DEA office in Sacramento.  The defense is performing additional research and investigation based on information learned during that viewing. In addition, the government is sending an additional batch of

1

discovery today.  The defense will need time to review that discovery.

It is stipulated that the period from October 4, 2006 until November 1, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney
```

DATED: October 3, 2006    /s/ Robert Twiss
                          ROBERT TWISS
                          Assistant U. S. Attorney

DATED: October 3, 2006    /s/ Ned Smock
                          NED SMOCK
                          Attorney for Defendant
                          RICKY QUERBIN ANICAS

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: October 4, 2006

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2