DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY QUERBIN ANICAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,           )<br>                                )<br>      v.                        )<br>                                )<br>                                )<br>RICKY QUERBIN ANICAS            )<br>                                )<br>           Defendant.           )<br>_____ ) | No. CR S-06-234 WBS<br><br>STIPULATION TO MODIFY THE<br>CONDITIONS OF RELEASE<br><br><br><br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Robert Twiss, and defendant Ricky Querbin Anicas, by his counsel, Ned Smock, hereby stipulate and agree that the conditions of release imposed on June 6, 2006 be modified.

The modification is as follows: The property currently posted by Michelle A. Toloai for Mr. Anicas' property is to be reconveyed back into her name.  In its place, property belonging to Donna Ng will be posted to meet the required bond amount of $105,000.00.  All other conditions of release will remain the same.

1

All parties including Pretrial Services have been advised of this change and have no objections to the property transfer.

```
                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney


DATED:  November 14, 2006      /s/ Robert Twiss
                               ROBERT TWISS
                               Assistant U. S. Attorney


DATED:  November 14, 2006      /s/ Ned Smock
                               NED SMOCK
                               Attorney for Defendant
                               RICKY QUERBIN ANICAS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: November 15, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/anicas0234.stipord

2