DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY QUERBIN ANICAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>               Plaintiff,            )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>RICKY QUERBIN ANICAS                 )<br>                                     )<br>                                     )<br>               Defendant.            )<br>_____) | No. CR S-06-234 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER**<br><br>Date: January 22, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Robert Twiss, and defendant Ricky Querbin Anicas, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for December 13, 2006 at 9:00 AM be vacated and a new date of January 22, 2007 at 8:30 AM be set for status.

The defense has been consulting with a chemist about expected yield issues in this methamphetamine case. In addition, the government is preparing a proposed plea agreement. Additional time is needed both for further investigation and for Mr. Anicas to discuss

1

the proposed disposition with counsel and his family.

It is stipulated that the period from December 13, 2006 until January 22, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                Respectfully submitted,
                                MCGREGOR SCOTT
                                United States Attorney


DATED:  December 11, 2006       /s/ Robert Twiss
                                ROBERT TWISS
                                Assistant U. S. Attorney


DATED:  December 11, 2006       /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                RICKY QUERBIN ANICAS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:  December 12, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE