DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY QUERBIN ANICAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>               Plaintiff,            )<br>                                      )<br>     v.                               )<br>                                      )<br>                                      )<br>RICKY QUERBIN ANICAS                  )<br>                                      )<br>                                      )<br>               Defendant.            )<br>_____) | No. CR S-06-234 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>Date: February 26, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Robert Twiss, and defendant Ricky Querbin Anicas, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for January 22, 2007 at 8:30 AM be vacated and a new date of February 26, 2007 at 8:30 AM be set for status/possible change of plea.

The parties are engaged in plea negotiations and need additional time to clarify sentencing issues including expected yield in this methamphetamine manufacturing case and the defendant's safety valve eligibility.

1

It is stipulated that the period from January 22, 2007 until February 26, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  January 19, 2007      /s/ Robert Twiss
                              ROBERT TWISS
                              Assistant U. S. Attorney


DATED:  January 19, 2007      /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              RICKY QUERBIN ANICAS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: January 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2