DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY QUERBIN ANICAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br>                                      )<br>RICKY QUERBIN ANICAS                  )<br>                                      )<br>                                      )<br>            Defendant.                )<br>_____) | No. CR S-06-234 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Date: March 19, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Robert Twiss, and defendant Ricky Querbin Anicas, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for February 26, 2007 at 8:30 AM be vacated and a new date of March 19, 2007 at 8:30 AM be set for change of plea.

The government has provided a draft plea agreement and the parties are discussing changes to that agreement. In addition, the defense has provided United States Probation with information about the defendant's criminal history to confirm his safety valve

1

eligibility.  It is believed that informal consultation with probation will avoid the need to request a full pre-plea report.

It is stipulated that the period from February 26, 2007 until March 19, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                Respectfully submitted,
                                MCGREGOR SCOTT
                                United States Attorney


DATED:  February 22, 2007       /s/ Robert Twiss
                                ROBERT TWISS
                                Assistant U. S. Attorney


DATED:  February 22, 2007       /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                RICKY QUERBIN ANICAS
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:  February 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2