DANIEL J. BRODERICK, #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICKY ANICAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-06-0234 WBS |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND ORDER |
| v. ) | EXONERATING BOND |
| RICKY ANICAS, ) | |
| Defendant. ) | Judge: Hon. Dale A. Drozd |

On or about November 16, 2006, a Stipulation and order was filed ordering the property belonging to Donna Ng be posted to meet the required bond amount of $105,000.00 on behalf of Ricky Anicas, Cr-S-06-234 WBS.

On September 5, 2007 Mr. Anicas surrendered to the Sheridan FCI to begin serving his sentence of 30 months on that date.

///

///

1   It is hereby requested that $105,000 bond be exonerated in the
2  above-captioned case and that the Clerk of the District Court be
3  directed to reconvey the property to Ms. Donna Ng, 2553 Michelangelo
4  Court, Stockton, CA  95207.

Dated:   November 6, 2007
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RICKY ANICAS


**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $105,000 secured by Ms. Donna Ng is hereby exonerated.

DATED: November 16, 2007.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/anicas0234.ord

Request to Exonerate Bail/Sherrick/05-304    -2-